Robert L. FULLERTON and Corinne F. Bennett, Plaintiffs–Appellants,

v.

John T. SCHELL, III, Hogan & Hartson, L.L.P., and Frank J. Fahrenkopf, Jr., Esq., Defendants–Appellees,

and

Thread Technology, Inc. and Crescent Products, Defendants–Appellees.

No. 00–1256.

United States Court of Appeals, Federal Circuit.

Feb. 7, 2001.

Before MICHEL and LINN, Circuit Judges, PLAGER, Senior Circuit Judge.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.